EXHIBIT B

EXEMPLARY CLAIM CHART

| US8843549 | OfficeSuite HD Meeting ("The Accused Instrumentality") |
|---|---|
| 1. A method for an application involving real-time notification of a client by a telephone switching system, comprising: | The accused instrumentality practices a method for an application (e.g., OfficeSuite HD Meeting client application) involving real-time notification (e.g., entry/exit chime of a participant in a meeting) of a client (e.g., a user who is utilizing web browser interface/app interface of OfficeSuite HD Meeting) by a telephone switching system (e.g., dial-in telephone).<br><br><br><br>https://www.broadviewnet.com/products/officesuite-hd-meeting |

 Save time and eliminate costly travel expenses and delays. Meet with anyone face-to-face, online from anywhere in the world at a seconds notice.

 Join and start meetings instantly from any IOS, Android, laptop, computer or existing meeting room system. Call in and join from your computer and only count as a single participant.

 Utilize end-to-end encryption with AES-256 bit session encryption.

 Host unlimited online meetings with up to 500 different people at one time using audio from any computer, mobile device or phone.

 Share any application, document or your screen to collaborate in real-time. Share host controls with any participant for even more efficient meetings.

 Start meetings before the host and meet efficiently with voice detection technology that highlights the person that is speaking.

https://www.broadviewnet.com/products/officesuite-hd-meeting

- Mobile dial-in – Your mobile device will dial you into the call automatically.

- Maximize participants – Guests can use their phone and computer to join a meeting without taking up two spaces.

- Apps- Launch, join and schedule meetings quickly on any mobile device.

- Remote Support – Initiate support sessions by requesting desktop control, application control or a computer restart.

- Breakout Rooms - Split up to 50 participants into separate sessions automatically or manually and switch between sessions at any time.

- Dual Camera – Use two cameras at once during a meeting via the screen share web camera input.

- Virtual Background – Select a virtual picture as your video background for a more professional background and limit distractions for participants.

- Closed Captioning – Enable hearing impaired individuals or participants without audio capability to be included in the discussion.

- PIN Video – View one specific participant when you are in screen share mode.

https://www.broadviewnet.com/products/officesuite-hd-meeting/officesuite-professional-features-1

## Starting a Meeting

If you would like to start an instant meeting without video, select the **Start without video** icon on the Home screen.

When the host starts, or a participant joins an OfficeSuite HD Meeting session without video three icons are presented in the center of their screens:

+ Join Audio – click **Join Audio** option to choose how to join the audio portion of the call, either by computer audio or by phone

+ Share Screen – click **Share Screen** to choose a specific window or application to share, or choose Desktop to share your entire desktop.

+ Invite Others – presents multiple ways in which you can invite others to your meeting: by email, by contact list, by room system (Room system option requires Room Connector licenses to connect SIP/H.323 devices into a meeting)



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

6.  Join using Dial-in from your phone. You can join a meeting via teleconferencing by using your landline or mobile device by dialing the number provided in the invitation you received. You will be asked to enter the meeting ID.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-User-Manual.pdf

## Do Web Browser Settings Allow You to Run Signed Applications?

If you see an error when you attempt to launch OfficeSuite HD Meeting™ – *Your Web browser settings do not allow you to run signed applications,* your IT admin has locked down your computer (PC) and does not allow new applications to be installed. Please contact your IT department to assist with the installation.

## Do I Need Windows 7 to Use OfficeSuite HD Meeting™?

OfficeSuite HD Meeting™ supports Windows PC with Vista, XP, Windows 7 and Windows 8 installed.

## Can I Use My Bluetooth Headset Device During a Video Meeting?

Yes, as long as the Bluetooth device is compatible with the tablet or mobile device that you are using.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-FAQs.pdf

**In Meeting (Basic) features:**

+ **Chat –** send chat messages to other users within a meeting.

+ **Private Chat –** send a private message to an individual user.

+ **In-Meeting Chat –** allows you to send chat messages to other users within a meeting. You can send a private message to an individual user or you can send a message to an entire group. As the host, you can choose who the participants can chat with or disable chat entirely.

+ **Auto Saving Chats –** auto saving chat will automatically save your in-meeting chat locally on your computer.

+ **Allow Host to put attendee on hold –** host can stop the video and audio transmission to a participant or participants.

+ **Play sound on join/leave –** option to play sound when participants join/ leave the meeting to be heard by host only, or host and participants.

+ **When each participant joins by telephone –** each participant who joins by phone must state their name prior to joining audio.

+ **Feedback to OfficeSuite UC –** participants can provide feedback to Windstream Enterprise.

+ **Co-Host –** share hosting privileges with another user in a meeting. This allows the other user to manage the administrative side of the meeting including muting participants, starting/stopping recording.

+ **Annotation –** meeting participants can annotate on a shared screen as a viewer by drawing and highlighting on the screen share.

+ **Polling –** ask your participants questions, get consensus, opinions and pull a report of data.

**Real-time notification**

https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

| | |
|---|---|
| | **Host Controls**<br><br>A host has many controls to help them manage a meeting once the meeting has started.<br><br>+ Mute/Unmute All<br>+ Mute Participants on Entry<br>+ Play Enter/Exit Chime:<br>+ Lock meeting<br>+ Lock Screen Share<br>+ Merge to Meeting Window<br>+ Chat<br>+ Stop/Ask to Start Video<br>+ Make Host<br>+ Allow Record<br>+ Assign to type Closed Caption<br>+ Rename<br>+ Put Attendee on hold<br>+ Remove<br><br>https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf |
| a) opening a connection between the client and a server; | The accused instrumentality practices opening a connection (e.g., joining/starting a meeting) between the client (e.g., a user who is utilizing web browser interface/app interface of OfficeSuite HD Meeting) and a server (e.g., OfficeSuite HD Meeting server). |



https://www.broadviewnet.com/products/officesuite-hd-meeting

 Save time and eliminate costly travel expenses and delays. Meet with anyone face-to-face, online from anywhere in the world at a seconds notice.

 Join and start meetings instantly from any iOS, Android, laptop, computer or existing meeting room system. Call in and join from your computer and only count as a single participant.

 Utilize end-to-end encryption with AES-256 bit session encryption.

 Host unlimited online meetings with up to 500 different people at one time using audio from any computer, mobile device or phone.

 Share any application, document or your screen to collaborate in real-time. Share host controls with any participant for even more efficient meetings.

 Start meetings before the host and meet efficiently with voice detection technology that highlights the person that is speaking.

https://www.broadviewnet.com/products/officesuite-hd-meeting

✓ Mobile dial-in – Your mobile device will dial you into the call automatically.

✓ Maximize participants – Guests can use their phone and computer to join a meeting without taking up two spaces.

✓ Apps- Launch, join and schedule meetings quickly on any mobile device.

✓ Remote Support – Initiate support sessions by requesting desktop control, application control or a computer restart.

✓ Breakout Rooms - Split up to 50 participants into separate sessions automatically or manually and switch between sessions at any time.

✓ Dual Camera – Use two cameras at once during a meeting via the screen share web camera input.

✓ Virtual Background – Select a virtual picture as your video background for a more professional background and limit distractions for participants.

✓ Closed Captioning – Enable hearing impaired individuals or participants without audio capability to be included in the discussion.

✓ PIN Video – View one specific participant when you are in screen share mode.

https://www.broadviewnet.com/products/officesuite-hd-meeting/officesuite-professional-features-1

## Starting a Meeting

If you would like to start an instant meeting without video, select the **Start without video** icon on the Home screen.

When the host starts, or a participant joins an OfficeSuite HD Meeting session without video three icons are presented in the center of their screens:

+   Join Audio – click **Join Audio** option to choose how to join the audio portion of the call, either by computer audio or by phone

+   Share Screen – click **Share Screen** to choose a specific window or application to share, or choose Desktop to share your entire desktop.

+   Invite Others – presents multiple ways in which you can invite others to your meeting: by email, by contact list, by room system (Room system option requires Room Connector licenses to connect SIP/H.323 devices into a meeting)



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf



| | |
|---|---|
| | https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf<br><br>6.  Join using Dial-in from your phone. You can join a meeting via teleconferencing by using your landline or mobile device by dialing the number provided in the invitation you received. You will be asked to enter the meeting ID.<br>https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-User-Manual.pdf<br><br>**Do Web Browser Settings Allow You to Run Signed Applications?**<br>If you see an error when you attempt to launch OfficeSuite HD Meeting™ – *Your Web browser settings do not allow you to run signed applications,* your IT admin has locked down your computer (PC) and does not allow new applications to be installed. Please contact your IT department to assist with the installation.<br><br>**Do I Need Windows 7 to Use OfficeSuite HD Meeting™?**<br>OfficeSuite HD Meeting™ supports Windows PC with Vista, XP, Windows 7 and Windows 8 installed.<br><br>**Can I Use My Bluetooth Headset Device During a Video Meeting?**<br>Yes, as long as the Bluetooth device is compatible with the tablet or mobile device that you are using.<br>https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-FAQs.pdf |
| b) transmitting notification messages from the telephone switching system to the server using a networking protocol; | The accused instrumentality practices transmitting notification messages (e.g., entry/exit chime of a participant in a meeting) from the telephone switching system (e.g., a participant who is joining or leaving the meeting using dial-in telephone) to the server (e.g., OfficeSuite HD Meeting server) using a networking protocol (e.g., IP network). |



<https://www.broadviewnet.com/products/officesuite-hd-meeting>

 Save time and eliminate costly travel expenses and delays. Meet with anyone face-to-face, online from anywhere in the world at a seconds notice.

 Join and start meetings instantly from any IOS, Android, laptop, computer or existing meeting room system. Call in and join from your computer and only count as a single participant.

 Utilize end-to-end encryption with AES-256 bit session encryption.

 Host unlimited online meetings with up to 500 different people at one time using audio from any computer, mobile device or phone.

 Share any application, document or your screen to collaborate in real-time. Share host controls with any participant for even more efficient meetings.

 Start meetings before the host and meet efficiently with voice detection technology that highlights the person that is speaking.

https://www.broadviewnet.com/products/officesuite-hd-meeting

✅ Mobile dial-in – Your mobile device will dial you into the call automatically.

✅ Maximize participants – Guests can use their phone and computer to join a meeting without taking up two spaces.

✅ Apps- Launch, join and schedule meetings quickly on any mobile device.

✅ Remote Support – Initiate support sessions by requesting desktop control, application control or a computer restart.

✅ Breakout Rooms - Split up to 50 participants into separate sessions automatically or manually and switch between sessions at any time.

✅ Dual Camera – Use two cameras at once during a meeting via the screen share web camera input.

✅ Virtual Background – Select a virtual picture as your video background for a more professional background and limit distractions for participants.

✅ Closed Captioning – Enable hearing impaired individuals or participants without audio capability to be included in the discussion.

✅ PIN Video – View one specific participant when you are in screen share mode.

https://www.broadviewnet.com/products/officesuite-hd-meeting/officesuite-professional-features-1

## Starting a Meeting

If you would like to start an instant meeting without video, select the **Start without video** icon on the Home screen.

When the host starts, or a participant joins an OfficeSuite HD Meeting session without video three icons are presented in the center of their screens:

+ Join Audio – click **Join Audio** option to choose how to join the audio portion of the call, either by computer audio or by phone

+ Share Screen – click **Share Screen** to choose a specific window or application to share, or choose Desktop to share your entire desktop.

+ Invite Others – presents multiple ways in which you can invite others to your meeting: by email, by contact list, by room system (Room system option requires Room Connector licenses to connect SIP/H.323 devices into a meeting)



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

6. Join using Dial-in from your phone. You can join a meeting via teleconferencing by using your landline or mobile device by dialing the number provided in the invitation you received. You will be asked to enter the meeting ID.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-User-Manual.pdf

## Do Web Browser Settings Allow You to Run Signed Applications?

If you see an error when you attempt to launch OfficeSuite HD Meeting™ – *Your Web browser settings do not allow you to run signed applications,* your IT admin has locked down your computer (PC) and does not allow new applications to be installed. Please contact your IT department to assist with the installation.

## Do I Need Windows 7 to Use OfficeSuite HD Meeting™?

OfficeSuite HD Meeting™ supports Windows PC with Vista, XP, Windows 7 and Windows 8 installed.

## Can I Use My Bluetooth Headset Device During a Video Meeting?

Yes, as long as the Bluetooth device is compatible with the tablet or mobile device that you are using.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-FAQs.pdf

**In Meeting (Basic) features:**

+ **Chat –** send chat messages to other users within a meeting.

+ **Private Chat –** send a private message to an individual user.

+ **In-Meeting Chat –** allows you to send chat messages to other users within a meeting. You can send a private message to an individual user or you can send a message to an entire group. As the host, you can choose who the participants can chat with or disable chat entirely.

+ **Auto Saving Chats –** auto saving chat will automatically save your in-meeting chat locally on your computer.

+ **Allow Host to put attendee on hold –** host can stop the video and audio transmission to a participant or participants.

+ **Play sound on join/leave –** option to play sound when participants join/ leave the meeting to be heard by host only, or host and participants.

+ **When each participant joins by telephone –** each participant who joins by phone must state their name prior to joining audio.

+ **Feedback to OfficeSuite UC –** participants can provide feedback to Windstream Enterprise.

+ **Co-Host –** share hosting privileges with another user in a meeting. This allows the other user to manage the administrative side of the meeting including muting participants, starting/stopping recording.

+ **Annotation –** meeting participants can annotate on a shared screen as a viewer by drawing and highlighting on the screen share.

+ **Polling –** ask your participants questions, get consensus, opinions and pull a report of data.

**Real-time notification**

https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

| | |
|---|---|
| | **Host Controls**<br><br>A host has many controls to help them manage a meeting once the meeting has started.<br><br>+ Mute/Unmute All<br>+ Mute Participants on Entry<br>+ Play Enter/Exit Chime:<br>+ Lock meeting<br>+ Lock Screen Share<br>+ Merge to Meeting Window<br>+ Chat<br>+ Stop/Ask to Start Video<br>+ Make Host<br>+ Allow Record<br>+ Assign to type Closed Caption<br>+ Rename<br>+ Put Attendee on hold<br>+ Remove<br><br>https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf |
| c) transforming the notification messages at the server into a programming language code and using said networking protocol for sending the programming language | The accused instrumentality practices transforming the notification messages (e.g., entry/exit chime of a participant in a meeting) at the server (e.g., Broadview Networks server) into a programming language code (e.g., markup language code such as HTML code) and using said networking protocol (e.g., IP) for sending the programming language code (e.g., markup language code such as HTML code) to the client (e.g., a user who is utilizing web browser interface/app interface of OfficeSuite HD Meeting), wherein the programming language code is executable by the client's browser (e.g., web browser of the user). |

| | |
|---|---|
| code to the client, wherein the programming language code is executable by the client's browser; |  https://www.broadviewnet.com/products/officesuite-hd-meeting |

 Save time and eliminate costly travel expenses and delays. Meet with anyone face-to-face, online from anywhere in the world at a seconds notice.

 Join and start meetings instantly from any IOS, Android, laptop, computer or existing meeting room system. Call in and join from your computer and only count as a single participant.

 Utilize end-to-end encryption with AES-256 bit session encryption.

 Host unlimited online meetings with up to 500 different people at one time using audio from any computer, mobile device or phone.

 Share any application, document or your screen to collaborate in real-time. Share host controls with any participant for even more efficient meetings.

 Start meetings before the host and meet efficiently with voice detection technology that highlights the person that is speaking.

https://www.broadviewnet.com/products/officesuite-hd-meeting

✓ Mobile dial-in – Your mobile device will dial you into the call automatically.

✓ Maximize participants – Guests can use their phone and computer to join a meeting without taking up two spaces.

✓ Apps- Launch, join and schedule meetings quickly on any mobile device.

✓ Remote Support – Initiate support sessions by requesting desktop control, application control or a computer restart.

✓ Breakout Rooms - Split up to 50 participants into separate sessions automatically or manually and switch between sessions at any time.

✓ Dual Camera – Use two cameras at once during a meeting via the screen share web camera input.

✓ Virtual Background – Select a virtual picture as your video background for a more professional background and limit distractions for participants.

✓ Closed Captioning – Enable hearing impaired individuals or participants without audio capability to be included in the discussion.

✓ PIN Video – View one specific participant when you are in screen share mode.

https://www.broadviewnet.com/products/officesuite-hd-meeting/officesuite-professional-features-1

## Starting a Meeting

If you would like to start an instant meeting without video, select the **Start without video** icon on the Home screen.

When the host starts, or a participant joins an OfficeSuite HD Meeting session without video three icons are presented in the center of their screens:

+ Join Audio – click **Join Audio** option to choose how to join the audio portion of the call, either by computer audio or by phone

+ Share Screen – click **Share Screen** to choose a specific window or application to share, or choose Desktop to share your entire desktop.

+ Invite Others – presents multiple ways in which you can invite others to your meeting: by email, by contact list, by room system (Room system option requires Room Connector licenses to connect SIP/H.323 devices into a meeting)



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

6. Join using Dial-in from your phone. You can join a meeting via teleconferencing by using your landline or mobile device by dialing the number provided in the invitation you received. You will be asked to enter the meeting ID.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-User-Manual.pdf

## Do Web Browser Settings Allow You to Run Signed Applications?

If you see an error when you attempt to launch OfficeSuite HD Meeting™ – *Your Web browser settings do not allow you to run signed applications,* your IT admin has locked down your computer (PC) and does not allow new applications to be installed. Please contact your IT department to assist with the installation.

## Do I Need Windows 7 to Use OfficeSuite HD Meeting™?

OfficeSuite HD Meeting™ supports Windows PC with Vista, XP, Windows 7 and Windows 8 installed.

## Can I Use My Bluetooth Headset Device During a Video Meeting?

Yes, as long as the Bluetooth device is compatible with the tablet or mobile device that you are using.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-FAQs.pdf

**In Meeting (Basic) features:**

+ **Chat –** send chat messages to other users within a meeting.

+ **Private Chat –** send a private message to an individual user.

+ **In-Meeting Chat –** allows you to send chat messages to other users within a meeting. You can send a private message to an individual user or you can send a message to an entire group. As the host, you can choose who the participants can chat with or disable chat entirely.

+ **Auto Saving Chats –** auto saving chat will automatically save your in-meeting chat locally on your computer.

+ **Allow Host to put attendee on hold –** host can stop the video and audio transmission to a participant or participants.

+ **Play sound on join/leave –** option to play sound when participants join/ leave the meeting to be heard by host only, or host and participants.

+ **When each participant joins by telephone –** each participant who joins by phone must state their name prior to joining audio.

+ **Feedback to OfficeSuite UC –** participants can provide feedback to Windstream Enterprise.

+ **Co-Host –** share hosting privileges with another user in a meeting. This allows the other user to manage the administrative side of the meeting including muting participants, starting/stopping recording.

+ **Annotation –** meeting participants can annotate on a shared screen as a viewer by drawing and highlighting on the screen share.

+ **Polling –** ask your participants questions, get consensus, opinions and pull a report of data.

**Real-time notification**

https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

## Host Controls

A host has many controls to help them manage a meeting once the meeting has started.

+ Mute/Unmute All
+ Mute Participants on Entry
+ Play Enter/Exit Chime:
+ Lock meeting
+ Lock Screen Share
+ Merge to Meeting Window
+ Chat
+ Stop/Ask to Start Video
+ Make Host
+ Allow Record
+ Assign to type Closed Caption
+ Rename
+ Put Attendee on hold
+ Remove

https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

## What is a Markup Language?

To properly define this term - a markup language is a language that annotates text so that the computer can manipulate that text. Most markup languages are human readable because the annotations are written in a way to distinguish them from the text itself. For example, with HTML, XML, and XHTML, the markup tags are < and >. Any text that appears within one of those characters is considered part of the markup language and not part of the annotated text. For example:

https://www.lifewire.com/what-are-markup-languages-3468655

## HTML—HyperText Markup Language

HTML or HyperText Markup Language is the primary language of the Web and the most common one you will work with as a web designer/developer. In fact, it may be the only markup language you use in your work.

All web pages are written in a flavor of HTML. HTML defines the way that images, multimedia, and text are displayed in web browsers. This language includes elements to connect your documents (hypertext) and make your web documents interactive (such as with forms). Many people call HTML "website code", but in truth it is really just a markup language. Neither term is strictly wrong and you will hear people, including web professionals, use these two terms interchangeably.

HTML is a defined standard markup language. It is based upon SGML (Standard Generalized Markup Language). It is a language that uses tags to define the structure of your text. Elements and tags are defined by the < and > characters.

https://www.lifewire.com/what-are-markup-languages-3468655

<table>
<tr>
<td></td>
<td>HTML (<u>H</u>yper<u>t</u>ext <u>M</u>arkup <u>L</u>anguage) is a language for marking the normal text so that it <u>gets converted into hypertext</u>. Again, not so clear. Basically, HTML tags (e.g. "&lt;head&gt;", "&lt;body&gt;" etc.) are used to <i>tag</i> or <i>mark</i> normal text so that it becomes hypertext and several hypertext pages can be interlinked with each other resulting in the Web. Please note that the HTML tags are used to help render web pages as well in the Browser. On the contrary, <u>HTTP (<b>H</b>yper<b>t</b>ext <b>T</b>ransfer <b>P</b>rotocol) is a protocol for transferring the hypertext pages from Web Server to Web Browser. For exchanging web pages between Server and Browser</u>, an HTTP session is setup using protocol methods (e.g. GET, POST etc.). This would be explained in another post.

To understand this difference between HTML and HTTP, we can think of an analogy. Think of <i>HTML as C language</i> and <i>HTTP as FTP</i>. Now one can write C programs in C language and then one can transfer these C programs from Server to Clients using FTP (i.e. File transfer protocol). Same way, <u>web pages (which are mostly HTML pages) are written in HTML and these web pages are exchanged between Server and Clients using HTTP. Since HTML is a language and HTTP is a protocol, they are two different things though related.</u> In fact, it's possible to exchange HTML web pages without HTTP (e.g. using FTP to transfer HTML pages). Even, it's possible to transfer non HTML pages using HTTP (e.g. using HTTP to transfer XML pages). More details on XML in some other post. We hope that the above clarifies the difference between HTML and HTTP.

https://www.geeksforgeeks.org/whats-difference-html-http/</td>
</tr>
<tr>
<td>d) using an HTTP streaming mechanism for transmission of the notification from the server to the browser through the open connection, whereby the connection between the</td>
<td>The accused instrumentality practices using an HTTP streaming (e.g., meeting session streaming to a user's web browser) mechanism for transmission of the notification (e.g., entry/exit chime of a participant in a meeting) from the server (e.g., OfficeSuite HD Meeting server) to the browser (e.g., web browser of the user) through the open connection (e.g., ongoing meeting session), whereby the connection between the client (e.g., a user who is utilizing web browser interface/app interface of OfficeSuite HD Meeting) and the server (e.g., OfficeSuite HD Meeting server) remains open in the intervening period between the transmission of individual notification messages.</td>
</tr>
</table>

| client and the server remains open in the intervening period between the transmission of individual notification messages; and | <br>https://www.broadviewnet.com/products/officesuite-hd-meeting |
|---|---|

 Save time and eliminate costly travel expenses and delays. Meet with anyone face-to-face, online from anywhere in the world at a seconds notice.

 Join and start meetings instantly from any IOS, Android, laptop, computer or existing meeting room system. Call in and join from your computer and only count as a single participant.

 Utilize end-to-end encryption with AES-256 bit session encryption.

 Host unlimited online meetings with up to 500 different people at one time using audio from any computer, mobile device or phone.

 Share any application, document or your screen to collaborate in real-time. Share host controls with any participant for even more efficient meetings.

 Start meetings before the host and meet efficiently with voice detection technology that highlights the person that is speaking.

https://www.broadviewnet.com/products/officesuite-hd-meeting

✅ Mobile dial-in – Your mobile device will dial you into the call automatically.

✅ Maximize participants – Guests can use their phone and computer to join a meeting without taking up two spaces.

✅ Apps- Launch, join and schedule meetings quickly on any mobile device.

✅ Remote Support – Initiate support sessions by requesting desktop control, application control or a computer restart.

✅ Breakout Rooms - Split up to 50 participants into separate sessions automatically or manually and switch between sessions at any time.

✅ Dual Camera – Use two cameras at once during a meeting via the screen share web camera input.

✅ Virtual Background – Select a virtual picture as your video background for a more professional background and limit distractions for participants.

✅ Closed Captioning – Enable hearing impaired individuals or participants without audio capability to be included in the discussion.

✅ PIN Video – View one specific participant when you are in screen share mode.

https://www.broadviewnet.com/products/officesuite-hd-meeting/officesuite-professional-features-1

## Starting a Meeting

If you would like to start an instant meeting without video, select the **Start without video** icon on the Home screen.

When the host starts, or a participant joins an OfficeSuite HD Meeting session without video three icons are presented in the center of their screens:

+ Join Audio – click **Join Audio** option to choose how to join the audio portion of the call, either by computer audio or by phone

+ Share Screen – click **Share Screen** to choose a specific window or application to share, or choose Desktop to share your entire desktop.

+ Invite Others – presents multiple ways in which you can invite others to your meeting: by email, by contact list, by room system (Room system option requires Room Connector licenses to connect SIP/H.323 devices into a meeting)



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

6. Join using Dial-in from your phone. You can join a meeting via teleconferencing by using your landline or mobile device by dialing the number provided in the invitation you received. You will be asked to enter the meeting ID.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-User-Manual.pdf

## Do Web Browser Settings Allow You to Run Signed Applications?

If you see an error when you attempt to launch OfficeSuite HD Meeting™ – *Your Web browser settings do not allow you to run signed applications,* your IT admin has locked down your computer (PC) and does not allow new applications to be installed. Please contact your IT department to assist with the installation.

## Do I Need Windows 7 to Use OfficeSuite HD Meeting™?

OfficeSuite HD Meeting™ supports Windows PC with Vista, XP, Windows 7 and Windows 8 installed.

## Can I Use My Bluetooth Headset Device During a Video Meeting?

Yes, as long as the Bluetooth device is compatible with the tablet or mobile device that you are using.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-FAQs.pdf

**In Meeting (Basic) features:**

+ **Chat –** send chat messages to other users within a meeting.

+ **Private Chat –** send a private message to an individual user.

+ **In-Meeting Chat –** allows you to send chat  messages to other users within a meeting. You can send a private message to an individual user or you can send a message to an entire group. As the host, you can choose who the participants can chat with or disable chat entirely.

+ **Auto Saving Chats –** auto saving chat will automatically save your in-meeting chat locally on your computer.

+ **Allow Host to put attendee on hold –** host can stop the video and audio transmission to a participant or participants.

+ **Play sound on join/leave –** option to play sound when participants join/ leave the meeting to be heard by host only, or host and participants.

+ **When each participant joins by telephone –** each participant who joins by phone must state their name prior to joining audio.

+ **Feedback to OfficeSuite UC –** participants can provide feedback to Windstream Enterprise.

+ **Co-Host –** share hosting privileges with another user in a meeting. This allows the other user to manage the administrative side of the meeting including muting participants, starting/stopping recording.

+ **Annotation –** meeting participants can annotate on a shared screen as a viewer by drawing and highlighting on the screen share.

+ **Polling –** ask your participants questions, get consensus, opinions and pull a report of data.

**Real-time notification**

https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

| | |
|---|---|
| | **Host Controls**<br><br>A host has many controls to help them manage a meeting once the meeting has started.<br><br>+ Mute/Unmute All<br>+ Mute Participants on Entry<br>+ Play Enter/Exit Chime:<br>+ Lock meeting<br>+ Lock Screen Share<br>+ Merge to Meeting Window<br>+ Chat<br>+ Stop/Ask to Start Video<br>+ Make Host<br>+ Allow Record<br>+ Assign to type Closed Caption<br>+ Rename<br>+ Put Attendee on hold<br>+ Remove<br><br>https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf |
| e) executing the programming language codes by the browser whereby the respective notification messages are displayed or outputted at the client. | The accused instrumentality practices executing the programming language codes (e.g., markup language code such as HTML code) by the browser (e.g., web browser of the user) whereby the respective notification messages are displayed or outputted (e.g., play sound) at the client (e.g., the user who is utilizing web browser interface/app interface of OfficeSuite HD Meeting). |



https://www.broadviewnet.com/products/officesuite-hd-meeting

 Save time and eliminate costly travel expenses and delays. Meet with anyone face-to-face, online from anywhere in the world at a seconds notice.

 Join and start meetings instantly from any IOS, Android, laptop, computer or existing meeting room system. Call in and join from your computer and only count as a single participant.

 Utilize end-to-end encryption with AES-256 bit session encryption.

 Host unlimited online meetings with up to 500 different people at one time using audio from any computer, mobile device or phone.

 Share any application, document or your screen to collaborate in real-time. Share host controls with any participant for even more efficient meetings.

 Start meetings before the host and meet efficiently with voice detection technology that highlights the person that is speaking.

https://www.broadviewnet.com/products/officesuite-hd-meeting

✅ Mobile dial-in – Your mobile device will dial you into the call automatically.

✅ Maximize participants – Guests can use their phone and computer to join a meeting without taking up two spaces.

✅ Apps- Launch, join and schedule meetings quickly on any mobile device.

✅ Remote Support – Initiate support sessions by requesting desktop control, application control or a computer restart.

✅ Breakout Rooms - Split up to 50 participants into separate sessions automatically or manually and switch between sessions at any time.

✅ Dual Camera – Use two cameras at once during a meeting via the screen share web camera input.

✅ Virtual Background – Select a virtual picture as your video background for a more professional background and limit distractions for participants.

✅ Closed Captioning – Enable hearing impaired individuals or participants without audio capability to be included in the discussion.

✅ PIN Video – View one specific participant when you are in screen share mode.

https://www.broadviewnet.com/products/officesuite-hd-meeting/officesuite-professional-features-1

## Starting a Meeting

If you would like to start an instant meeting without video, select the **Start without video** icon on the Home screen.

When the host starts, or a participant joins an OfficeSuite HD Meeting session without video three icons are presented in the center of their screens:

+ Join Audio – click **Join Audio** option to choose how to join the audio portion of the call, either by computer audio or by phone

+ Share Screen – click **Share Screen** to choose a specific window or application to share, or choose Desktop to share your entire desktop.

+ Invite Others – presents multiple ways in which you can invite others to your meeting: by email, by contact list, by room system (Room system option requires Room Connector licenses to connect SIP/H.323 devices into a meeting)



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

6. Join using Dial-in from your phone. You can join a meeting via teleconferencing by using your landline or mobile device by dialing the number provided in the invitation you received. You will be asked to enter the meeting ID.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-User-Manual.pdf

## Do Web Browser Settings Allow You to Run Signed Applications?

If you see an error when you attempt to launch OfficeSuite HD Meeting™ – *Your Web browser settings do not allow you to run signed applications,* your IT admin has locked down your computer (PC) and does not allow new applications to be installed. Please contact your IT department to assist with the installation.

## Do I Need Windows 7 to Use OfficeSuite HD Meeting™?

OfficeSuite HD Meeting™ supports Windows PC with Vista, XP, Windows 7 and Windows 8 installed.

## Can I Use My Bluetooth Headset Device During a Video Meeting?

Yes, as long as the Bluetooth device is compatible with the tablet or mobile device that you are using.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-FAQs.pdf

**In Meeting (Basic) features:**

+ **Chat –** send chat messages to other users within a meeting.

+ **Private Chat –** send a private message to an individual user.

+ **In-Meeting Chat –** allows you to send chat messages to other users within a meeting. You can send a private message to an individual user or you can send a message to an entire group. As the host, you can choose who the participants can chat with or disable chat entirely.

+ **Auto Saving Chats –** auto saving chat will automatically save your in-meeting chat locally on your computer.

+ **Allow Host to put attendee on hold –** host can stop the video and audio transmission to a participant or participants.

+ **Play sound on join/leave –** option to play sound when participants join/ leave the meeting to be heard by host only, or host and participants.

+ **When each participant joins by telephone –** each participant who joins by phone must state their name prior to joining audio.

+ **Feedback to OfficeSuite UC –** participants can provide feedback to Windstream Enterprise.

+ **Co-Host –** share hosting privileges with another user in a meeting. This allows the other user to manage the administrative side of the meeting including muting participants, starting/stopping recording.

+ **Annotation –** meeting participants can annotate on a shared screen as a viewer by drawing and highlighting on the screen share.

+ **Polling –** ask your participants questions, get consensus, opinions and pull a report of data.

**Real-time notification**

https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

| | |
|---|---|
| | **Host Controls**<br><br>A host has many controls to help them manage a meeting once the meeting has started.<br><br>+ Mute/Unmute All<br>+ Mute Participants on Entry<br>+ Play Enter/Exit Chime:<br>+ Lock meeting<br>+ Lock Screen Share<br>+ Merge to Meeting Window<br>+ Chat<br>+ Stop/Ask to Start Video<br>+ Make Host<br>+ Allow Record<br>+ Assign to type Closed Caption<br>+ Rename<br>+ Put Attendee on hold<br>+ Remove<br><br>https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf |
| 4. The method according to claim 1, further comprising: using the HTTP protocol for the client-server connection. | The accused instrumentality practices the method using the HTTP protocol for the client-server connection. |



https://www.broadviewnet.com/products/officesuite-hd-meeting

 Save time and eliminate costly travel expenses and delays. Meet with anyone face-to-face, online from anywhere in the world at a seconds notice.

 Join and start meetings instantly from any IOS, Android, laptop, computer or existing meeting room system. Call in and join from your computer and only count as a single participant.

 Utilize end-to-end encryption with AES-256 bit session encryption.

 Host unlimited online meetings with up to 500 different people at one time using audio from any computer, mobile device or phone.

 Share any application, document or your screen to collaborate in real-time. Share host controls with any participant for even more efficient meetings.

 Start meetings before the host and meet efficiently with voice detection technology that highlights the person that is speaking.

https://www.broadviewnet.com/products/officesuite-hd-meeting

✓ Mobile dial-in – Your mobile device will dial you into the call automatically.

✓ Maximize participants – Guests can use their phone and computer to join a meeting without taking up two spaces.

✓ Apps- Launch, join and schedule meetings quickly on any mobile device.

✓ Remote Support – Initiate support sessions by requesting desktop control, application control or a computer restart.

✓ Breakout Rooms - Split up to 50 participants into separate sessions automatically or manually and switch between sessions at any time.

✓ Dual Camera – Use two cameras at once during a meeting via the screen share web camera input.

✓ Virtual Background – Select a virtual picture as your video background for a more professional background and limit distractions for participants.

✓ Closed Captioning – Enable hearing impaired individuals or participants without audio capability to be included in the discussion.

✓ PIN Video – View one specific participant when you are in screen share mode.

https://www.broadviewnet.com/products/officesuite-hd-meeting/officesuite-professional-features-1

## Starting a Meeting

If you would like to start an instant meeting without video, select the **Start without video** icon on the Home screen.

When the host starts, or a participant joins an OfficeSuite HD Meeting session without video three icons are presented in the center of their screens:

+ Join Audio – click **Join Audio** option to choose how to join the audio portion of the call, either by computer audio or by phone

+ Share Screen – click **Share Screen** to choose a specific window or application to share, or choose Desktop to share your entire desktop.

+ Invite Others – presents multiple ways in which you can invite others to your meeting: by email, by contact list, by room system (Room system option requires Room Connector licenses to connect SIP/H.323 devices into a meeting)



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf



https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

6. Join using Dial-in from your phone. You can join a meeting via teleconferencing by using your landline or mobile device by dialing the number provided in the invitation you received. You will be asked to enter the meeting ID.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-User-Manual.pdf

## Do Web Browser Settings Allow You to Run Signed Applications?

If you see an error when you attempt to launch OfficeSuite HD Meeting™ – *Your Web browser settings do not allow you to run signed applications,* your IT admin has locked down your computer (PC) and does not allow new applications to be installed. Please contact your IT department to assist with the installation.

## Do I Need Windows 7 to Use OfficeSuite HD Meeting™?

OfficeSuite HD Meeting™ supports Windows PC with Vista, XP, Windows 7 and Windows 8 installed.

## Can I Use My Bluetooth Headset Device During a Video Meeting?

Yes, as long as the Bluetooth device is compatible with the tablet or mobile device that you are using.

https://www.broadviewnet.com/hdmeetingdocs/OfficeSuite-HD-Meeting-FAQs.pdf

**In Meeting (Basic) features:**

+ **Chat –** send chat messages to other users within a meeting.

+ **Private Chat –** send a private message to an individual user.

+ **In-Meeting Chat –** allows you to send chat  messages to other users within a meeting. You can send a private message to an individual user or you can send a message to an entire group. As the host, you can choose who the participants can chat with or disable chat entirely.

+ **Auto Saving Chats –** auto saving chat will automatically save your in-meeting chat locally on your computer.

+ **Allow Host to put attendee on hold –** host can stop the video and audio transmission to a participant or participants.

+ **Play sound on join/leave –** option to play sound when participants join/ leave the meeting to be heard by host only, or host and participants.

+ **When each participant joins by telephone –** each participant who joins by phone must state their name prior to joining audio.

+ **Feedback to OfficeSuite UC –** participants can provide feedback to Windstream Enterprise.

+ **Co-Host –** share hosting privileges with another user in a meeting. This allows the other user to manage the administrative side of the meeting including muting participants, starting/stopping recording.

+ **Annotation –** meeting participants can annotate on a shared screen as a viewer by drawing and highlighting on the screen share.

+ **Polling –** ask your participants questions, get consensus, opinions and pull a report of data.

**Real-time notification**

https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

## Host Controls

A host has many controls to help them
manage a meeting once the meeting
has started.

+ Mute/Unmute All

+ Mute Participants on Entry

+ Play Enter/Exit Chime:

+ Lock meeting

+ Lock Screen Share

+ Merge to Meeting Window

+ Chat

+ Stop/Ask to Start Video

+ Make Host

+ Allow Record

+ Assign to type Closed Caption

+ Rename

+ Put Attendee on hold

+ Remove

https://www.windstreamenterprise.com/wp-content/uploads/2018/02/hd-meeting-user-guide.pdf

## What is a Markup Language?

To properly define this term - a markup language is a language that annotates text so that the computer can manipulate that text. Most markup languages are human readable because the annotations are written in a way to distinguish them from the text itself. For example, with HTML, XML, and XHTML, the markup tags are < and >. Any text that appears within one of those characters is considered part of the markup language and not part of the annotated text. For example:

https://www.lifewire.com/what-are-markup-languages-3468655

## HTML—HyperText Markup Language

HTML or HyperText Markup Language is the primary language of the Web and the most common one you will work with as a web designer/developer. In fact, it may be the only markup language you use in your work.

All web pages are written in a flavor of HTML. HTML defines the way that images, multimedia, and text are displayed in web browsers. This language includes elements to connect your documents (hypertext) and make your web documents interactive (such as with forms). Many people call HTML "website code", but in truth it is really just a markup language. Neither term is strictly wrong and you will hear people, including web professionals, use these two terms interchangeably.

HTML is a defined standard markup language. It is based upon SGML (Standard Generalized Markup Language). It is a language that uses tags to define the structure of your text. Elements and tags are defined by the < and > characters.

https://www.lifewire.com/what-are-markup-languages-3468655

HTML (**H**yper**t**ext **M**arkup **L**anguage) is a language for marking the normal text so that it gets converted into hypertext. Again, not so clear. Basically, HTML tags (e.g. "<head>", "<body>" etc.) are used to *tag* or *mark* normal text so that it becomes hypertext and several hypertext pages can be interlinked with each other resulting in the Web. Please note that the HTML tags are used to help render web pages as well in the Browser. On the contrary, HTTP (**H**yper**t**ext **T**ransfer **P**rotocol) is a protocol for transferring the hypertext pages from Web Server to Web Browser. For exchanging web pages between Server and Browser, an HTTP session is setup using protocol methods (e.g. GET, POST etc.). This would be explained in another post.

To understand this difference between HTML and HTTP, we can think of an analogy. Think of *HTML as C language* and *HTTP as FTP*. Now one can write C programs in C language and then one can transfer these C programs from Server to Clients using FTP (i.e. File transfer protocol). Same way, web pages (which are mostly HTML pages) are written in HTML and these web pages are exchanged between Server and Clients using HTTP. Since HTML is a language and HTTP is a protocol, they are two different things though related. In fact, it's possible to exchange HTML web pages without HTTP (e.g. using FTP to transfer HTML pages). Even, it's possible to transfer non HTML pages using HTTP (e.g. using HTTP to transfer XML pages). More details on XML in some other post. We hope that the above clarifies the difference between HTML and HTTP.

https://www.geeksforgeeks.org/whats-difference-html-http/